UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 MAY 13  P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GAETANO J. MILANO | ) MASTER DOCKET NO. |
| | ) 2:90CR18(AHN) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) MAY 12, 2005 |

## MOTION BY PETITIONER
## GAETANO MILANO TO FILE MATERIAL UNDER SEAL

Pursuant to Rule 8 of the Local Rules of Criminal Procedure, Petitioner Gaetano Milano moves to file an *ex parte* Motion to Incur Criminal Justice Act expenses under seal. The underlying motion reveals the Petitioner's investigative strategy and thus is properly filed *ex parte* and under seal.

Craig A. Raabe
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record, on this 12th day of May, 2005.

AUSA James K. Filan, Jr., Esq.
United States Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604

AUSA John H. Danaher, Esq.
United States Attorneys Office
450 Main Street – Room 328
Hartford, CT 06103

Michael A. Fitzpatrick, Esq.
Park City Plaza
10 Middle Street, 11t Floor
Bridgeport, CT 06604

John M. Thompson, Esq.
Thompson & Thompson PC
1331 Main Street, Suite 320
Springfield, MA 01103

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA 01103

_____
Craig A. Raabe