Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GAETANO J. MILANO         :     MASTER DOCKET NO.
                               :     2:90CR18 (AHN)

     Plaintiff,             :

V.                              :

UNITED STATES OF AMERICA    :

     Defendant.          :     SEPTEMBER 27, 2004

## PETITIONER GAETANO MILANO'S INTERROGATORIES REGARDING CONFIDENTIAL INFORMANTS PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Petitioner

Gaetano Milano requests that the United States answer the following interrogatories

within 30 days service.

### INTERROGATORIES

1.   Please identify the persons in the Boston office of the United States

Attorney's Office for the District of Massachusetts and/or Boston office of the FBI who

provided factual information to the United States Attorney's Office for the District of

Connecticut in connection with the Government's Response to Defendant Frank

Pugliano's "Motion for Disclosure of Confidential Informants" dated February 20, 1991.

### RESPONSE

I, Robert J. Devlin, Jr., am the person who responded to Defendant Frank

Pugliano's "Motion for Disclosure of Confidential Informants," and I have no recollection

of speaking to any person identified in Interrogatory No. 1 in connection with the Government's Response to Defendant Frank Pugliano's "Motion for Disclosure of Confidential Informants" dated February 20, 1991. My response to this Interrogatory, however, goes beyond what is requested because I want to provide, to the best of my recollection, information regarding what I did and why I did it with respect to the response to Frank Pugliano's motion.

When responding to the motion, and as indicated in the response, I relied on information that had been directly provided by two participants in the Grasso murder, John Francis Castagna and Jack Johns. The two described in detail the events leading up to Grasso's murder, the multiple attempts to murder Grasso, and identified who had been present at and committed the murder of William Grasso. The information from Castagna and Johns and the evidence presented at the trial was that the following people participated in the Grasso murder: Castagna, Johns, Gaetano Milano, Frank Pugliano, Louis Pugliano, and Frank Colantoni Jr. Three members of the Patriarca Family from Boston, Joseph Russo, Vincent Ferrara, and Robert Carrozza, authorized Grasso's murder.

As set forth in the response, the Government also relied to some extent, on the information provided by CS-1 and CS-3 to Special Agent Steffens as set forth in the affidavit in support of the roving bug. As noted in the response, the affidavit provided that CS-1 stated that William Grasso was murdered by Gaetano Milano and Frank

2

Pugliano. The affidavit also provided that CS-3 stated that the Boston faction of the

Patriarca Crime Family had secured the cooperation of Gaetano Milano and Louis Failla

in murdering William Grasso in Connecticut. As noted in the response, however, there

was no mention by CS-3 in the affidavit of Frank Pugliano's non-involvement in murder

of William Grasso.

Castagna and Johns had provided detailed information about the murder of

William Grasso and nothing provided by CS-1 and CS-3 contradicted what Castagna and

Johns said about who was involved in the murder. Further, there was no indication in the

affidavit that either CS-1 or CS-3 had any direct participation in or observed the murder

of William Grasso. Finally, as noted in the response, neither CS-1 nor CS-3 would

testify.

The Government's response also relied on established Second Circuit law. That

law stated that disclosure is only required when the disclosure is essential to the defense

because the informant was a key witness or participant and the informer's story

constituted the essence, core or main bulk of the evidence against the defendants. The

information the Government had, which was directly from the participants in the murder,

led me to conclude that the informants were not participants in or witnesses to the Grasso

murder and any information from the informants would not help the defense, but rather

was in fact inculpatory in nature.

Therefore, as a factual matter, the Government had direct evidence as to the

identities of the participants in Grasso murder, and as a legal matter, the defendant had

3

not met his legal burden of establishing his right to the identity of CS-1 or CS-3.

2.  For each person identified in response to Interrogatory No. 1, please describe:

   a.  the substance of the information that each person provided;

   b.  to whom the information was provided;

   c.  when the information was provided;

   d.  in what form the information was provided.

**RESPONSE:**

Not applicable.

Pursuant to 28 United States Code, Section 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on November 22, 2004.

_____
Robert J. Devlin, Jr.

PETITIONER
GAETANO J. MILANO

By_____
Craig A. Raabe (ct04116)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: craabe@rc.com

4

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the

following counsel of record, on this 27th day of September, 2004.

AUSA James K. Filan, Jr., Esq.                    John M. Thompson, Esq.
United States Attorney's Office                    Thompson & Thompson, PC
915 Lafayette Boulevard                            1331 Main Street, Suite 320
Bridgeport, CT 06604                               Springfield, MA 01103

AUSA John A. Danaher, Esq.                         Vincent Bongiorni, Esq.
United States Attorney's Office                    95 State Street
450 Main Street - Room 328                         Springfield, MA 01103
Hartford, CT 06103

Michael A. Fitzpatrick, Esq.
Park City Plaza
10 Middle Street, 11th Floor
Bridgeport, CT 06604


_____
Craig A. Raabe

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************

TX/RX NO               2244
PGS.                   6
TX/RX INCOMPLETE       -----
TRANSACTION OK        (1)    94137464971
                      (2)    92033341591
                      (3)    94137392300

ERROR INFORMATION     -----
```

# ROBINSON & COLE LLP
## Facsimile Transmission Sheet

**LAW OFFICES**
www.rc.com

280 Trumbull Street
Hartford, CT  06103-3597
860-275-8200
Fax 860-275-8299

Craig A. Raabe
860-275-8304
craabc@rc.com

**Date:** November 29, 2004        **No. of Pages (including cover):**    ⑥

**Re:** Milano v. U.S.A.

### Recipient(s) List

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Vincent Bongiorni, Esq. | Law Offices | (413) 746-4971 | (413) 732-0222 |
| Michael Fitzpatrick, Esq. | Law Offices | (203) 334-1591 | (203) 334-4653 |
| John Thompson, Esq. | Law Offices | (413) 739-2300 | (413) 739-2100 |

**Additional Message:**

If transmission is not clearly or completely received, please contact the sender through the direct line noted above, or if a direct line is not indicated, through the firm's main number 860-275-8200.

**Confidentiality Note**: The documents accompanying this facsimile transmission may contain confidential or privileged information from the law firm of ROBINSON & COLE LLP. This information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.