UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| V. | : | CRIMINAL NO. | 2:90CR00018(AHN) |
| | : | CIVIL NOS. | 3:95CV1171(AHN) |
| LOUIS PUGLIANO, | : | | 3:95CV1145(AHN) |
| GAETANO MILANO, | : | | 3:95CV1330(AHN) |
| FRANK PUGLIANO, and | : | | 3:97CV409(AHN) |
| FRANK COLANTONI | : | | |
| | : | November 16, 2005 | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The Government moves for an extension of time, nunc pro tunc, within which to respond to the petitioners' renewed motion for discovery. The petitioners' motion was originally filed on or about September 21, 2001. In the motion, the petitioners' rely on a sentencing hearing held on May 3, 2005 in the United States District Court in Boston, Massachusetts.

The Government's response requires the input of the Assistant United States Attorney who represented the Government at the May 3, 2005 hearing in Boston. The undersigned has had numerous conversations and correspondence with that Assistant in an effort to prepare the Government's response to the renewed motion for discovery. Preparing that response requires the Assistant in Boston to review voluminous documents and testimony transcripts dating back many years and involving numerous hearings. Accordingly, preparing the Government's response is taking substantial time and requires the input of several Assistants, both in Connecticut and Massachusetts.

The Government has not sought the position of the petitioners on this motion, but assumes that they would all object based on Milano's counsel's November 8, 2005 letter to the Court and Louis Pugliano's motion requesting a ruling on the petitioners' motion for discovery dated November 10, 2005.

The Government notes that the time elapsed between the filing of the petitioners' renewed motion and the court hearing upon which it is based is over six months. Accordingly, the Government's position is that the petitioners will not be prejudiced by the 30 day extension sought by the Government. This is the first extension of time sought by the Government to respond to the petitioners' motion.

WHEREFORE, the Government respectfully requests an extension of time, nunc pro tunc, of 30 days, up to and including December 16, 2005, within which to file its response to the petitioners' renewed request for discovery.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct15565
915 Lafayette Boulevard, Room 309
Bridgeport, Connecticut 06604
(203) 696-3000

CERTIFICATION

      I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, this 16th day of November, 2005, to:

John M. Thompson, Esq.
1331 Main Street, Suite 320
Springfield, MA 01103
(Counsel for Louis Pugliano)

Craig A. Raabe, Esq.
280 Trumbull Street
Hartford, CT 06103
(Counsel for Gaetano Milano)

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA 01103
(Counsel for Frank Pugliano)

Michael Fitzpatrick, Esq.
10 Middle Street, 11th Floor
Bridgeport, CT 06604
(Counsel for Frank Colantoni)

BY: _____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY