UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT       FILED

2005 NOV 23  A 11: 47

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1145 [AHN] |
| | ) | |
| GAETANO MILANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1171 [AHN] |
| | ) | |
| LOUIS PUGLIANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1330 [AHN] |
| | ) | |
| FRANK A. PUGLIANO | ) | |

### PETITIONER LOUIS PUGLIANO'S OPPOSITION TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Petitioner Louis Pugliano opposes the Government's motion for a *nunc pro tunc* extension of time to respond to Petitioners' renewed motion for discovery. Under Local Rule 7(a) the Government's response to Petitioners' motion, filed September 21, 2005, was due on or before October 12, 2005. The Government's first acknowledgment of the motion was made 35 days later and does not assert that the efforts to prepare a response were even begun within the 21 days provided in Local Rule 7(a) for the filing

1

of oppositions. Under Rule 7(b)(1)(b) an extension of 30 days was available to the Government for the asking, but no such request was made. The Government's motion states that this is its first request for an extension and that it seeks only 30 days; in fact it seeks an extension of 65 days. In the May 3, 2005 hearing in Vincent Ferrara v. United States, United States District Court, District of Massachusetts No. CA 00-11693 the Government pressed hard for permission to make a presentation arguing that the Grasso murder constituted "relevant conduct" for Ferrara, who was to be resentenced because the Government had coerced him into pleading guilty to a murder he did not commit, in order to avoid being convicted of that murder on Government-sponsored false testimony. The transcript of the May 3, 2005 proceeding before Judge Wolf is attached to Petitioner Milano's discovery motion as Exhibit B. See p. 33-36, 62-63. Mercurio's role in the Grasso case was part and parcel of that issue in that hearing. Id; 64 [AUSA Herbert:: "Mercurio would have been liable as well."]. Accordingly, Petitioner Pugliano suggests that the Government's request is unreasonable.

WHEREFORE, Petitioner renews his request that the Court order the Government to answer Petitioners' discovery requests on or before December 16, 2005.

LOUIS PUGLIANO, PETITIONER

By *(signature)*
John M. Thompson
Thompson & Thompson, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103
[413] 739-2100
Federal Bar # CT15144

Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document was served upon counsel for all parties by first class mail, postage prepaid, addressed to each at his most recent address listed in the court's docket, this 21st day of November, 2005.

*(signature)*
John M. Thompson

3