FILED

2006 JAN 11 P 1:36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAETANO J. MILANO | ) | MASTER DOCKET NO. |
| | ) | 2:90CR18(AHN) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | JANUARY 11, 2006 |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A REPLY MEMORANDUM**

In accordance with Rule 7 of the Local Rules of Civil Procedure, the petitioner, Gaetano Milano, hereby moves for an eight-day extension of time, *nunc pro tunc*, up to an including January 12, 2006, within which to file a Reply Memorandum In Support Of His Renewed Motion for Leave to Conduct Discovery. In support of this Motion, Mr. Milano states the following:

1. In September of 2005, Mr. Milano filed a Renewed Motion for Leave to Conduct Discovery in connection with his § 2255 petition.

2. After an extension of time, on December 16, 2005, the Government served an opposition memorandum.

3. Without an extension, Mr. Milano's reply memorandum, if any, was due on January 4, 2006.

4. Due to the holidays and the demands of other matters, undersigned counsel

required additional time to complete a reply memorandum.

5. The Government has no objection to this eight-day enlargement of time.

6. This is the first motion for enlargement of time on this issue.

7. Mr. Milano has filed herewith the proposed Reply Memorandum in order to reduce delay in the event that the Court grants this eight-day enlargement of time *nunc pro tunc*.

WHEREFORE, Mr. Milano moves for an eight-day enlargement of time, *nunc pro tunc*, within which to file a Reply Memorandum in support of his renewed Motion for Leave to Conduct Discovery.

PLAINTIFF, GAETANO J. MILANO

By_____
Craig A. Raabe
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first-class mail, postage prepaid, on this 11th day of January, 2006, to the following counsel of record:

John M. Thompson, Esq.
Thompson & Thompson PC
1331 Main Street, Suite 320
Springfield, MA  01103

Michael A. Fitzpatrick, Esq.
Park City Plaza
10 Middle Street, 11t Floor
Bridgeport, CT  06604

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA  01103

*Via Federal Express*
James K. Filan, Jr., Esq.
United States Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT  06604

_____
Craig A. Raabe