UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 2:90CR00018(AHN) |
| | : | CIVIL NO.    3:95CV1171(AHN) |
| GAETANO MILANO | : | |
| | : | February 27, 2007 |

## MOTION ON CONSENT FOR REFERRAL
## TO UNITED STATES MAGISTRATE JUDGE

The United States of America, through the undersigned Assistant United States Attorney, and petitioner Gaetano Milano, respectfully move for referral of this matter to a United States Magistrate Judge for a settlement conference.

WHEREFORE, the parties respectfully request that this matter be referred to a United States Magistrate.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE: (203) 696-3000
Federal Bar No. ct15565

<u>CERTIFICATION</u>

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, this 27th day of February, 2007, to:

Craig A. Raabe, Esq.
280 Trumbull Street
Hartford, CT 06103
(Counsel for Gaetano Milano)


BY: _____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY