# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff* | : | |
| v. | : | Case No.  2:90cr18(AHN) |
| | : | |
| GAETANO MILANO | : | |
| *Defendant* | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge

____  A ruling on all pretrial motions except dispositive motions

____  To supervise discovery and resolve discovery disputes

____  A ruling on the following motions which are currently pending:
Doc#

**✘**  A settlement conference

____  A conference to discuss the following:

____  Other:


SO ORDERED this   5th   day of   March  ,  2007   at Bridgeport, Connecticut.


_____
Alan H. Nevas
United States District Judge