FILED

2008 JUN 12 A 11: 39

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAETANO J. MILANO | ) ) ) | MASTER DOCKET NO. 2:90CR18(AHN) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA | ) ) | JUNE 12, 2008 |

### GAETANO J. MILANO'S MOTION
### FOR A 12-HOUR FULOUGH TO ATTEND HIS FATHER'S FUNERAL

Gaetano J. Milano hereby moves for a 12-hour furlough to attend the funeral of his father. In support of this motion, Mr. Milano states the following:

1. Mr. Milano was sentenced on November 26, 1991 to a term of imprisonment of 396 months.

2. Throughout his incarceration, Mr. Milano has been a model inmate in every facility in which he has been housed.

3. As recently as March 17, 2008, without solicitation, undersigned counsel received a letter from Mr. Milano's unit manager at the Donald J. Wyatt Detention Facility attesting to Mr. Milano's positive contribution to the betterment of other inmates and Mr. Milano's compliance at the detention facility. The letter is attached as Exhibit A. The attached letter is just one example of the many letters of support from correctional institutions that undersigned counsel

has received.

4. Mr. Milano is currently at the Wyatt Detention Center as his counsel and the government are in the final stages of negotiating a mutually acceptable disposition of Mr. Milano's § 2255 petition, which the parties expect will result in a stipulated re-sentencing of Mr. Milano.

5. Throughout his incarceration, Mr. Milano has not been the subject of any disciplinary proceedings and he has been in full compliance with the rules of all of the correctional facilities and Mr. Milano is aware that if he is granted a furlough, any violation of its terms will jeopardize his potential re-sentencing.

6. On Saturday, June 14 at 12:00 p.m., Mr. Milano's family is having a funeral for Mr. Milano's father.

7. Mr. Milano respectfully moves for a 12-hour furlough to attend his father's funeral, on whatever conditions the Court deems appropriate.

8. Undersigned counsel has discussed this motion with Assistant United States Attorney Peter S. Jongbloed, and the government has questioned the authority of the Court to grant the requested relief. Mr. Milano moves for the requested relief based on the inherent authority of the Court to modify its sentence and in the interests of justice.

PLAINTIFF, GAETANO J. MILANO

By _____
Craig A. Raabe
craabe@rc.com
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT  06103
Telephone:  (860) 275-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, via first-class mail, postage prepaid, on this 12th day of June, 2008, to the following counsel of record:

Peter S. Jongbloed, Esq.
United States Attorneys Office
157 Church Street, 23rd Floor
New Haven, CT  06508

_____
Craig A. Raabe

# EXHIBIT A

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

March 17, 2008

Craig Raabe
280 Trumbull Street
Hartford, CT 06103

**RE: Gaetano J. Milano**

Dear Mr. Raabe:

Please be advised that Mr. Gaetano Milano was received at the Donald W. Wyatt Detention Facility on June 13, 2007. He is being held for the United States Marshals Service District of Connecticut after having been transferred to their custody from the Bureau of Prisons. Since being housed at this facility Mr. Milano has maintained a positive attitude as he adjusted to his new surroundings. He has not received any discipline reports which reflects his positive adjustment from a prison setting to a Detention Facility, which has a more restrictive environment.

During his time here Mr. Milano has been active in several educational programs including Geography and World History. He has not missed a class.

I have seen Detainee Milano mentor some of the younger detainees while they struggle to survive in the prison setting.

Mr. Milano's biggest contribution while housed here at the Donald Wyatt Detention Facility has been his participation in the Project Aware program. This is a program that involves detainees in a prison setting who have volunteered to discuss their criminal pasts in a concentrated effort to deter youths from following in their footsteps to a prison life. The detainee volunteers are part of a team that speaks openly and honestly about their past criminal experience as well as the consequences they have brought upon themselves. In the short time he has been here he has become the best speaker we have with a very powerful and heartfelt message for these youths. Mr. Milano has been one of few who have often volunteered at times with no other detainees present to conduct the Program. All this is on a volunteer basis and Mr. Milano receives nothing for his time and effort, except the enjoyment he says he feels reaching out to the youths of today to show them there are better choices than the path he followed.

I remain available should you have any question and can be reached in my office at 401-721-0382.

Sincerely,

*Ronald Letourneau*
Ronald Letourneau, Unit Manager