```
                                                    FILED

                                                2008 SEP -5  P 1: 22
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GAETANO J. MILANO ) | MASTER DOCKET NO. |
| ) | 2:90CR18(AHN) |
| v. ) | |
| UNITED STATES OF AMERICA ) | SEPTEMBER 5, 2008 |

## STIPULATION OF RESOLUTION AND DISMISSAL

The parties, the United States of America and the Petitioner, Gaetano J. Milano, hereby stipulate and agree as follows:

1. Following a jury trial, on August 8, 1991, Mr. Milano was found guilty of participating in a RICO conspiracy and committing a violent crime in the aid of racketeering in violation of 18 U.S. Code §§ 1962(c), (d) and 1959(a)(1) and (5).

2. On November 26, 1991, the Court imposed a sentence of 396 months of incarceration, a $50,000 fine, three years of supervised release and special assessment.

3. On September 5, 2008, Mr. Milano filed an amended petition pursuant to 28 U.S.C.§ 2255 claiming ineffective assistance of counsel with respect to his sentencing.

4. The Government takes no position on Mr. Milano's amended petition relating to ineffective assistance of counsel at sentencing and the Government leaves to the Court the issue

as to whether to grant the petition and re-sentence the Petitioner.

5. If the Court accepts this Stipulation and concludes that Mr. Milano should be re-sentenced, Mr. Milano shall withdraw, with prejudice and without attorneys' fees or costs of any kind, all pending claims and appeals concerning this matter and forever waive any and all claims that might be brought now or in the future concerning the subject matter of this Petition. and the activities that led to the charges and convictions or the investigation of such activities.

6. If the petition is granted and Mr. Milano is re-sentenced, the parties have agreed that the Petitioner should be sentenced to a term of incarceration of 312 months (26 years).

7. This Stipulation is not an admission of any wrongdoing nor should it be construed as an admission of any wrongdoing by the Government or any representative of the Government and it may not be used as precedent, binding or persuasive, in any proceeding of any sort whether civil, criminal, administrative or in any court or before any tribunal.

_____
Peter Jongbloed
Chief, Criminal Division
United States Attorney's Office

_____
Craig A. Raabe
Counsel for the Petitioner

-2-