FILED

2008 SEP -5 P 1: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAETANO J. MILANO | ) | MASTER DOCKET NO. |
| | ) | 2:90CR18(AHN) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | SEPTEMBER 5, 2008 |

### GAETANO J. MILANO'S MOTION
### TO AMEND HIS MOTION UNDER 28 U.S.C. §2255

Gaetano J. Milano hereby moves to amend his motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence. In support of this motion, Mr. Milano states the following:

1. Through predecessor counsel, Mr. Milano first filed a motion pursuant to 28 U.S.C. §2255 to Vacate, Set Aside, or Correct his sentence on June 16, 1995.

2. In July, 1998, the petitioner amended his §2255 motion.

3. The litigation surrounding Mr. Milano's §2255 motion has been extensive and vigorously contested.

4. Through the efforts of Magistrate Judge Holly B. Fitzsimmons, the parties have reached a negotiated resolution through which the parties will ask the Court to grant Mr. Milano's Amended Motion under §2255 and re-sentence Mr. Milano.

5. In connection with the negotiated resolution before Magistrate Fitzsimmons, the parties have agreed that the re-sentencing will be based on ineffective assistance of counsel and that Milano will waive other claims that he has asserted heretofore.

6. The amended §2255 motion that the parties have agreed should form the basis for re-sentencing is filed herewith.

7. The Government consents to this motion to amend.

PLAINTIFF, GAETANO J. MILANO

By_____
Craig A. Raabe
craabe@rc.com
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first-class mail, postage prepaid, on this 5th day of September, 2008, to the following counsel of record:

Peter S. Jongbloed, Esq.
United States Attorneys Office
157 Church Street, 23rd Floor
New Haven, CT  06508

Ray Lopez
Senior Probation Officer
United States Probation Office
915 Lafayette Blvd
Bridgeport, CT  06604

Craig A. Raabe