FILED

2008 SEP -5  P 1: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GAETANO J. MILANO ) | MASTER DOCKET NO. |
| ) | 2:90CR18(AHN) |
| v.  ) | |
| ) | |
| UNITED STATES OF AMERICA ) | SEPTEMBER 5, 2008 |
| ) | |

### AMENDED MOTION
### PURSUANT TO SECTION 28 U.S.C. §2255

The Petitioner, Gaetano J. Milano, hereby moves to Vacate, Set Aside, or Correct his sentence pursuant to the Fifth and Sixth Amendments to the United States Constitution and 28 U.S.C. §2255 on the following grounds:

1.  The Petitioner was denied effective assistance of counsel in that his trial counsel failed to request an instruction on the statutory affirmative defense to murder of extreme emotional disturbance or duress, Conn. Gen. Stat. § 53a-54a, that was warranted by the evidence and trial counsel failed to object to the District Court's omission of this statutory defense in the jury charge.

2. The Petitioner was denied effective assistance of counsel because his trial counsel did not seek a continuance of the Petitioner's sentencing after counsel learned that the Petitioner was going to admit to certain offense conduct, renounce his membership in the criminal enterprise

and take extraordinary responsibility for his conduct. A continuance would have permitted a more effective and comprehensive sentencing presentation for the Petitioner and it would have permitted the Court additional time to consider the Petitioner's extraordinary change of position.

WHEREFORE, Mr. Milano moves pursuant to 28 U.S.C. §2255 that his sentence be vacated and set aside and that he be re-sentenced.

PLAINTIFF, GAETANO J. MILANO

By_____
Craig A. Raabe
craabe@rc.com
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first-class mail, postage prepaid, on this 5th day of September, 2008, to the following counsel of record:

Peter S. Jongbloed, Esq.
United States Attorneys Office
157 Church Street, 23rd Floor
New Haven, CT  06508

Ray Lopez
Senior Probation Officer
United States Probation Office
915 Lafayette Blvd
Bridgeport, CT  06604

_____
Craig A. Raabe