FILED

2008 SEP -5 P 1: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GAETANO J. MILANO | ) MASTER DOCKET NO. |
| | ) 2:90CR18(AHN) |
| v. | ) |
| UNITED STATES OF AMERICA | ) SEPTEMBER 5, 2008 |

### ORDER

The motion of Petitioner, Gaetano J. Milano, to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, as amended, is granted. The Court finds that there were available grounds that would have supported a sentence less than that imposed on the Petitioner, but his trial counsel failed to raise those issues. Further, there is a reasonable probability that, but for counsel's conduct, the Petitioner's sentence probably would have been different and thus the Petitioner was prejudiced, regardless of the amount by which his sentence was affected by counsel's ineffective assistance. Because the Petitioner has established ineffective assistance of counsel in this § 2255 proceeding, the appropriate remedy is for the Petitioner to be re-sentenced.

SO ORDERED this 5th day of September, 2008 at Bridgeport, Connecticut.

/s/ Alan H. Nevas, SUSDJ

Alan H. Nevas
United States District Judge